

# Fourth Court of Appeals
## San Antonio, Texas

March 17, 2015

No. 04-14-00896-CV

Hugo **ALANIZ**,
Appellant

v.

Jose Maria **AGUIRRE**, Elias Aguirre Jr., Argelio Aguirre, Jose Guadalupe Aguirre, and Elsa A. Lara,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-09-71
Honorable Jose Luis Garza, Judge Presiding

## O R D E R

The reporter's record was originally due January 19, 2015, but was not filed. This court notified Julian G. Alderette that he is the court reporter responsible for filing the record, and the record was past due. Our notice required Alderette to file the record by March 12, 2015. On March 10, 2015, Alderette filed a notification of late record, requesting an extension to March 23 to file the record.

We grant the motion and **order** Julian G. Alderette to file the record by March 23, 2015. Alderette is advised that the court will not grant a further extension of time unless he (1) establishes there are extraordinary circumstances that prevent him from timely filing the record, (2) advises the court of what efforts have been expended to prepare the record and the status of completion, and (3) provides the court reasonable assurance the record will be completed and filed by the requested extended deadline.

Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX .R. APP. P. 35.3(c), we also **order** the clerk of this court to serve a copy of this order on the trial court.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of March, 2015.



Keith E. Hottle
Clerk of Court